**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
YAIR ISRAEL BABAYOFF,

                Plaintiff,                        **ORDER**

      -against-                              20-CV-4538 (WFK)

PRO COVERAGE GROUP, INC., et al.,

                Defendants.
-----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      By Order dated October 29, 2020, this Court granted *pro se* plaintiff Yair Israel Babayoff's ("plaintiff") application to proceed *in forma pauperis* and directed plaintiff to provide service addresses for defendants to enable the United States Marshals Service (the "USMS") to serve the summons and complaint upon them. See DE #4. The USMS attempted service at the address provided by plaintiff, but defendants were not located at that address. See DE #7, DE #8. Accordingly, the Court cannot direct service without more information. Plaintiff must provide updated service addresses for defendants by November 30, 2021.

      The Clerk of Court is directed to send a copy of this Order to plaintiff.

      SO ORDERED.

Dated:    Brooklyn, New York
           October 27, 2021

                                        /s/ *Roanne L. Mann*
                                  **ROANNE L. MANN**
                                  **UNITED STATES MAGISTRATE JUDGE**