**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**YAIR ISRAEL BABAYOFF,**

                      **Plaintiff,**                  **ORDER**

           **-against-**                  **20-CV-4538 (WFK)**

**PRO COVERAGE GROUP, INC., et al.,**

                      **Defendants.**
-------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

      By Order dated October 27, 2021, this Court directed plaintiff Yair Israel Babayoff ("plaintiff"), proceeding *pro se* and *in forma pauperis*, to provide service addresses for defendants Pro Coverage Group, Inc. and Brandon Margolis to enable the United States Marshals Service (the "USMS") to serve the summons and complaint upon them.  See DE #9.  The USMS had already attempted service at the address originally provided by plaintiff, but defendants were not located at that address.  See DE #7, DE #8.  Plaintiff has now responded that the individual defendant Brandon Margolis resides at 9214 NW 44th Ct, Coral Springs, FL 33065.  See DE #10.  Further information submitted by plaintiff suggests that Mr. Margolis also maintains a business address at 303 Merrick Road, Suite 300, Lynbrook, NY 11563.  See id. at ECF p. 2.  Accordingly, the United States Marshals Service is directed to serve the summons and complaint upon defendants at the addresses above without prepayment of fees.

      The Clerk of Court is directed to send a copy of this Order to plaintiff.

      **SO ORDERED.**

**Dated:**    Brooklyn, New York
            November 30, 2021

                                              /s/ *Roanne L. Mann*
                                            **ROANNE L. MANN**
                                            **UNITED STATES MAGISTRATE JUDGE**