**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
**YAIR ISRAEL BABAYOFF,**

                    **Plaintiff,**                    **ORDER**

        -against-                      **20-CV-4538 (WFK)**

**PRO COVERAGE GROUP, INC., et al.,**

                    **Defendants.**
----------------------------------------------------------------x

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

By letter dated January 21, 2022, plaintiff Yair Israel Babayoff ("plaintiff"), proceeding *pro se* and *in forma pauperis*, requests that the Court advise him as to the status of service of process on defendants Pro Coverage Group, Inc. and Brandon Margolis ("defendants"). See Letter from Yair Israel Babayoff to Judge Mann (Jan. 21, 2022), DE #13. The Court provides the following update.

On October 29, 2020, this Court granted plaintiff's request to proceed *in forma pauperis* and directed the United States Marshals Service (the "USMS") to serve the summons and complaint upon the defendants without prepayment of fees, as soon as practicable after the Chief Judge of the Eastern District lifted the suspension of service by the United States Marshals Service due to the COVID-19 pandemic. See Order (Oct. 29, 2000), DE #4. The Court also directed plaintiff to provide service addresses for defendants to enable the USMS to serve the summons and complaint upon them. See id.

The USMS attempted service at the address provided by plaintiff, but defendants were not located there. See Summons Returned Unexecuted (June 30, 2021), DE #7; Summons Returned Unexecuted (June 30, 2021), DE #8. By Order dated October 27, 2021, this Court

directed plaintiff to provide new service addresses for defendants.  See Order (Oct. 27, 2019), DE #9.  After plaintiff responded, this Court directed the USMS to serve process at two addresses—one address in New York and one address in Florida.  See Notice (Nov. 19, 2021), DE #10; Order (Nov. 30, 2021), DE #11.  The Court has been advised by the USMS that defendants were not located at the New York address and that the USMS will attempt service at the Florida address.

        The Clerk of Court is directed to send a copy of this Order to plaintiff.

        **SO ORDERED.**

**Dated:**    **Brooklyn, New York**
               **January 27, 2022**

                              /s/ *Roanne L. Mann*
                              **ROANNE L. MANN**
                              **UNITED STATES MAGISTRATE JUDGE**