# ARTHUR H. FORMAN
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

April 8, 2022

Yair Israel Babayoff
69-09 138th Street, Apt. #3D
Flushing, NY 11367

Re:     Babayoff v. Pro Coverage Group, Inc., et al.
        Case No. 20-CV-0438 (WFK)(RLM)

Dear Mr. Babayoff:

As you know, this office represents defendants Pro Coverage Group, Inc., and Brandon Margolis in the above referenced action.  Enclosed herewith is service upon you of the following:

1)   Notice of Motion to Dismiss; and
2)   Memorandum of Law in Support of Defendants' Motion to Dismiss

Very truly yours,

*Arthur Forman*

Arthur H. Forman

AHF/ms