# Arthur H. Forman
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

May 12, 2022

Hon. William F. Kuntz, II
U.S. District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:      Babayoff v. Pro Coverage Group, Inc., et al.
                    Case No. 20-CV-04538 (WFK)(RLM)

Dear Judge Kuntz:

      This office represents defendants, Pro Coverage Group, Inc. ("Pro Coverage") and Brandon Margolis, in the above referenced action. Enclosed herewith is a courtesy copy of the full set of motion papers for defendants' motion to dismiss, composed of:

      1)    Notice of Motion to Dismiss; and
      2)    Memorandum of Law in Support.

      Opposition was due by 5:00 p.m. on May 6, 2022. (ECF Doc. 20). On that date, I emailed plaintiff at 5:30 p.m. to ask if he had served papers. But I have not received a response to my email, and my office has not received any papers in opposition to the motion.

                                      Very truly yours,

                                           /S/

                                      Arthur H. Forman

AHF/ms
Enc.

cc: Hon. Roanne L. Mann (without enclosure)
    Yair Israel Babayoff (without enclosure)