# Arthur H. Forman
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

---

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

June 9, 2023

Yair Israel Babayoff
69-09 138th Street, Apt. #3D
Flushing, NY 11367

      Re:  Babayoff v. Pro Coverage Group, Inc., et al.
          Case No. 20-CV-4538 (WFK)(PK)

Dear Mr. Babayoff:

  As you know, this office represents defendants Pro Coverage Group, Inc., and Brandon Margolis in the above referenced action. Enclosed herewith is service upon you of the following:

    1) Notice of Motion to Dismiss the Amended Complaint;
    2) Memorandum of Law in Support of Defendants' Motion;
    3) Affirmation in Support; and
    4) Notice to Pro Se Plaintiff

  Please be reminded that the Amended Scheduling Order of Judge William F. Kuntz, II, dated May 31, 2023, set Monday July 24, 2023 at 5:00 p.m. as the deadline for your opposition.

              Very truly yours,

              *Arthur H. Forman*

              Arthur H. Forman

AHF/ms

cc: yad14llc@msn.com (with enclosures)