# Arthur H. Forman
*Attorney at Law*

98-20 Metropolitan Avenue
Forest Hills, New York 11375

Tel: 718-268-2616  Fax: 718-575-1600
e-Mail: ahf@ahforman.com

July 27, 2023

Hon. William F. Kuntz, II
U.S. District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

                      Re:       Babayoff v. Pro Coverage Group, Inc., et al.
                                     Case No. 20-CV-04538 (WFK)(PK)

Dear Judge Kuntz:

       This office represents defendants, Pro Coverage Group, Inc. ("Pro Coverage") and Brandon Margolis, in the above referenced action. Enclosed herewith is a courtesy copy of the full set of motion papers for defendants' motion to dismiss plaintiff's amended complaint, composed of:

                1)   Notice of Motion to Dismiss the Amended Complaint;
                2)   Memorandum of Law in Support of Defendants' Motion;
                3)   Affirmation in Support; and
                4)   Notice to Pro Se Plaintiff

       My office has not received any papers in opposition to the motion.

                                                Very truly yours,

                                                S/

                                                Arthur H. Forman

:AHF
Enc.
cc: Hon. Peggy Kuo (without enclosure)
     Yair Israel Babayoff (without enclosure)