UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
YAIR ISRAEL BABAYOFF,

        Plaintiff,                                   JUDGMENT
                                                   20-CV-4538 (WFK) (PK)

        -against-

PRO COVERAGE GROUP, INC., et al.,

        Defendants.
------------------------------------------------------------ X

        A Decision and Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on December 12, 2024, granting Defendants' motion for a summary judgment; it is

        ORDERED and ADJUDGED that Defendants' motion for a summary judgment is granted.

Dated: Brooklyn, NY                                                                 Brenna B. Mahoney
        December 13, 2024                                                 Clerk of Court

                                                                                  By: */s/Jalitza Poveda*
                                                                                       Deputy Clerk