| From: | August Marziliano |
|---|---|
| To: | "Yad14llc@msn.com" |
| Cc: | Quadri Scott |
| Subject: | 1:20-cv-04538-WFK-PK Babayoff v. Pro Coverage Group, Inc. et al |
| Date: | Tuesday, February 4, 2025 3:48:54 PM |
| Attachments: | PRO SE Appeals-2.pdf |
| | Judgment.pdf |
| | image002.png |

Dear Mr Babayoff.

I understand that you spoke with Judge Kuntz's case manager. You stated that you have not received copies of your Notices, I do see that the decision was mailed out to you on 12/13 (Court only) ***Copy of Documents Mailed (Copy mailed to pro se party) 42 Mailed to the address: Yair Israel Babayoff 69-09 138th Street, Apt.# 3D Flushing, NY 11367-1653. (IH) (Entered: 12/12/2024)

Unfortunately, I do not see that the Judgment was mailed to you. I have attached a copy of the Judgment and Appeals Packet. If you wish to appeal this decision, you should file a **Notice of Appeal and request for an extension of time to file an appeal**. This form is attached with the appeals packet. You can state that you did not receive a copy of the Judgment until today, the receipt of this email. We are mailing you a hard copy also.

I will docket a copy of this email. Please confirm receipt of this email.,

I have also attached a consent for Electronic Service of Orders and Notices issued by the Court which needs to be completed and signed by the Judge.
Also, we just deactivated box submissions today so if you need to submit documents, please go to the following LINK  https://prose.nyed.uscourts.gov/.

Thanks August



*August Marziliano*
Chief Deputy Clerk - Brooklyn

Email: august_marziliano@nyed.uscourts.gov
Phone: 718-613-2332 | Mobile: 347-633-5360

225 Cadman Plaza East, Brooklyn, NY  11201